Joseph Gluckman, Appellant, *v.* Anthony Froehlich et al., Respondents.

Argued May 24, 1955; decided July 8, 1955.

*Otho S. Bowling* and *Marita A. Kelly* for appellant.

*Francis B. Froehlich* and *Henderson Morrison, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.